

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00620-CV

Kathy **WELCH**,
Appellant

v.

Gerardo Javier **ALONSO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04591
Honorable Karen Crouch, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed:  March 1, 2017

DISMISSED

Appellant Kathy Welch filed a letter brief that was materially deficient in that it did not identify any issues or points presented for review, did not contain any citations to the record in support of the facts asserted, and did not contain any citations to or discussion of any authority in support of the arguments made.  *See* Tex. R. App. P. 38.1(d), (f), (g), (i).  On January 24, 2017, we ordered appellant to file an amended brief, correcting the deficiencies, by February 8, 2017. Our order advised Welch the appeal could be dismissed if she failed to timely file a brief that complied with our order.

Welch has not filed an amended brief or any other response to our January 24 order, and appellee has filed a motion to dismiss the appeal. We grant appellee's motion and we dismiss this appeal. *See* Tex. R. App. P. 38.8(a), 42.3(b), (c).

PER CURIAM